# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| Angela Cunliffe | ) | Case No: 12 C 6334 |
|  | ) |  |
| v. | ) |  |
|  | ) | Judge: John W. Darrah |
| Jeffrey Wright et al | ) |  |

## **ORDER**

In court hearing held. The Court vacates the briefing schedule entered in open Court. Defendants' motions to dismiss [58, 60] are entered and continued to 10/10/13 at 9:30 a.m. for a briefing schedule. Plaintiff is ordered to be present. Plaintiff's motion for a continuance [62] is granted, however the date of 10/4/13 requested by the plaintiff is not available. Status hearing set for 10/10/13 at 9:30 a.m. Plaintiff's motions to compel [64, 66] set for presentment on 10/3/13 will be heard on 10/10/13 at 9:30 a.m. No appearance is needed on 10/3/13.

(T:) 00:05

Date: 9/24/13  /s/ Judge John W. Darrah